# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00844-CV

**James Hansen, M.D., Appellant**

**v.**

**The Northwest Mutual Life Insurance Company, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-10-004459, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant James Hansen, M.D., filed a notice of appeal on December 19, 2013.

On February 27, 2014, the Clerk of this Court advised appellant that his notice of appeal was due on or before November 20, 2013, and requested that appellant provide the Court with either (1) proof of timely mailing of the notice of appeal, or (2) an affidavit swearing that this filing was mailed to the district clerk's office on or before November 20, 2013. *See* Tex. R. App. P. 9.2(b), 26.1. The Clerk also notified appellant that, if he did not respond by March 10, 2014, the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant has not filed a response. We dismiss the appeal for want of jurisdiction. *See id.*

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Jurisdiction

Filed:   March 26, 2014

2